UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PETER ECKERT,

        Plaintiff,

    v.

PETSMART INC.,

        Defendant.

NO. CIV. S-2:05-CV-1488 WBS-DAD

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After an initial status (pretrial scheduling) conference at which all counsel were present on October 24, 2005, this matter is set for a further status conference to be held on December 19, 2005 at 9:00 a.m. in Courtroom No. 5. All discovery is stayed pending the aforesaid hearing.

IT IS SO ORDERED.

DATED: October 24, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE