'T eJeffrey M. Lenkov, Esq. (State Bar No. 156478)
Robert C. Jenkins, Esq. (State Bar No. 188859)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
23rd Floor at Figueroa Tower
660 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile (213) 624-6999
Email: jml@mmker.com
Email: rcj@mmker.com

Attorneys for Defendant
PETSMART, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ECKERT,<br><br>         Plaintiff,<br><br>vs.<br><br>PETSMART,<br><br>         Defendant. | Case No.: **2:05-CV-1488-WBS-DAD**<br><br>STIPULATION TO CONTINUE FURTHER STATUS CONFERENCE; [PROPOSED] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff PETER ECKERT ("plaintiff") and Defendant PETSMART, INC. ("defendant") as follows:

1. The Court has set a further Status Conference in this matter for December 19, 2005, at 9:00 a.m., in Courtroom 5 (WBS) before Judge William B. Shubb.

2. No attorney representing defendant is available to appear at the December 19, 2005, hearing.

3. Plaintiff's attorney has agreed to accommodate the calendars of defendant's counsel by stipulating the a brief continuance of the further status conference.

4.   Plaintiff and defendant therefore stipulate and request the Court to continue the further Status Conference to January 17, 2006, at 9:00 a.m.

Dated:  December ___, 2005                    THOMAS N. STEWART, III
                                              ATTORNEY AT LAW


                                              By: _____
                                                   Thomas N. Stewart, III
                                              Attorneys for Plaintiff,
                                              PETER ECKERT


Dated:  December ___, 2005                    MANNING & MARDER
                                              KASS, ELLROD, RAMIREZ LLP


                                              By: _____
                                                   Jeffrey M. Lenkov, Esq.
                                                   Robert C. Jenkins, Esq.
                                              Attorneys for Defendant,
                                              PETSMART, INC.

## ORDER

GOOD CAUSE APPEARING, the foregoing stipulation is hereby granted. The further Status Conference is now set for January 17, 2006, at 9:00 a.m., in Courtroom 5 (WBS) before Judge William B. Shubb.

Dated:  December 14, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE